IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN TUCKER, et al.,**        )
                                )
             Plaintiffs,      )
                                )
V.                          )        Civil No.  **05-440-GPM**
                                )
**WALGREEN CO.,**           )
                                )
             Defendant.     )

## ORDER

**PROUD, Magistrate Judge:**

      A telephone status conference was conducted June 29, 2006, with counsel for plaintiffs and defendant in attendance.  The parties are pursuing mediation and the pre-certification phase of discovery and briefing has been stayed for the past 90 days.  The parties jointly moved for an additional 60 day extension of the stay of the pre-certification proceedings.

      **IT IS HEREBY ORDERED** that, for good cause shown, and after consultation with Chief United States District Judge G. Patrick Murphy, the parties joint motion to stay the pre-certification proceedings for an additional 60 days, until September 1, 2006, is **GRANTED**.

      **IT IS FURTHER ORDERED** that a telephone status conference is hereby set before U.S. Magistrate Judge Clifford J. Proud on **September 1, 2006, at 10:00 a.m.**  Plaintiffs' counsel shall initiate the conference call.  The parties should be gathered on the conference call first, and then the Court should be contacted at **618-482-9106**.

      **IT IS SO ORDERED.**

      **DATED: June 29, 2006**

                                  **s/ Clifford J. Proud**
                                  **CLIFFORD J. PROUD**
                                  **U. S. MAGISTRATE JUDGE**