UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN TUCKER, ANGELA MILLER, JOVAN HANEY, LEON BRADLEY, ARIEN JACKSON, WILLIAM STRICKLAND, OSCAR GREEN, MIKE JACKSON, KEVIN RIDDLE, AVERY ANDERSON, TRACI DANSBERRY, CARLOS ZIMMERMAN, CHRIS DARGIN, and KIMBERLY WAFFORD on behalf of themselves and others similarly situated, | Case No.:  05-cv-440-GPM consolidated with 07-cv-00172<br><br>Chief Judge G. Patrick Murphy Magistrate Clifford J. Proud |

      Plaintiffs,

and EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION and
PEARLE PHILLIPS,

      Plaintiffs,

vs.

WALGREEN COMPANY,

      Defendant.

**PLAINTIFF EEOC'S MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff, the Equal Employment Opportunity Commission, respectfully submits this Memorandum in support of it previously filed Unopposed Motion for Entry of Consent Decree (Doc. 123).

## I.     INTRODUCTION

On July 12, 2007, EEOC filed its Unopposed Motion for Entry of Consent Decree (Doc. 123), attaching the [Proposed] Consent Decree negotiated by the parties.  On the same day, the plaintiffs in the consolidated case, action # 05-cv-440-GPM (the "Tucker plaintiffs"), filed their Motion for Preliminary Approval (Doc. 122) of the same proposed Consent Decree.  On October 5, 2007, the Court entered a Memorandum and Order (Doc. 125) taking the EEOC's Motion under advisement, granting the Tucker plaintiffs' Motion for Preliminary Approval, and setting the matter for a Final Fairness hearing on March 24, 2008.

EEOC now requests that the Court grant final approval to the settlement in this case under the terms of the proposed Consent Decree.  When the risks and uncertainties of continued litigation are compared with the benefits conferred on the class members by the settlement, it is clear that the settlement is a fair, adequate, reasonable and just resolution of the matter.

## II.     ARGUMENT

EEOC agrees with and hereby incorporates by reference the argument set forth by the Tucker plaintiffs in "Plaintiffs' Motion for an Order Granting (1) Final Approval of Class Action Settlement; (2) Final Certification of Settlement Class; (3) Entry of Consent Decree; (4) Final Approval and Award of Enhancement Awards; and (5) Final Approval and Award of Plaintiffs' Attorneys' Fees, Costs and Expenses, and Memorandum of Point and Authorities in Support of Motion" (Doc. 129), and particularly those argument set forth in Section A ("The Settlement and Consent Decree Provide More Than 'Fair, Reasonable and Adequate' Relief to the Class on the Claims Made in This Action.") of the argument set forth in the Memorandum of Points and Authorities.  *See also,* Declaration of Jean P. Kamp in support of the Tucker Plaintiffs' Motion.

In addition to the above, the EEOC's involvement in negotiating the settlement and support for the Consent Decree is further evidence that the settlement is proper. The EEOC has no interest in this litigation other than ensuring that the victims of discrimination are appropriately compensated and that employment discrimination is eradicated. *See Gen. Tel. Co. of the Northwest v. EEOC*, 446 U.S. 318, 326 (1980)("When the EEOC acts, albeit at the behest of and for the benefit of specific individuals, it acts also to vindicate the public interest in preventing employment discrimination.") Because EEOC was a full partner in negotiating the settlement and wholly supports the agreement having only those interests in mind, the Court may consider this as evidence that the settlement is in the best interest of the class. *See Mendoza and United States v. Tucson Sch. Dist., No. 1,* 623 F.2d 1338, 1353 (9th Cir. 1980)(participation of a government agency in the negotiations and settlement serves to protect the interests of the class against possible improper dealings)(*disapproved of on other grounds by Evans v. Jeff D.*, 475 U.S. 717, 725 (1986)).

### III.     CONCLUSION

For the foregoing reasons, the EEOC respectfully requests that this Court grant final approval to the Consent Decree.

Respectfully submitted,

s/ Jean P. Kamp
JEAN P. KAMP
Associate Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Chicago District Office
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
phone: 312-353-7719
fax: 312-353-8555
e-mail: jean.kamp@eeoc.gov

s/ Nora E. Curtin   (with consent)
NORA E. CURTIN
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Miami District Office
One Biscayne Tower
2 South Biscayne Boulevard
Suite 2700
Miami, Florida 33131
phone:  305-808-1789
fax: 305-808-1855
e-mail:  nora.curtin@eeoc.gov


s/ Barbara A. Seely    (with consent)
BARBARA A. SEELY
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
St. Louis District Office
1222 Spruce Street, Room 8.100
St. Louis, Missouri 63103
phone:  314-539-7914
fax: 314-539-7895
e-mail:  barbara.seely@eeoc.gov


s/ Andrea G. Baran   (with consent)
ANDREA G. BARAN
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Kansas City Area Office
400 State Avenue, Suite 905
Kansas City, Missouri 64131
phone:  913-551-5848
fax:  913-551-6957
e-mail:  andrea.baran@eeoc.gov

**ATTORNEYS FOR PLAINTIFF
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**


## CERTIFICATE OF SERVICE


I certify that on March 17, 2008, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following CM/ECF participants:

jfavre@favrelaw.com
JoDee Favre

**Attorney for Plaintiff-Intervenor Pearle Phillips**


tklosener@fwpclaw.com
Tiffany B. Klosener

17372-1

acoopman@fwpclaw.com
Amy L. Coopman
jfoland@fwpclaw.com
W. James Foland

tksmith@fwpclaw.com
Tequiero T.K.M. Smith

welliot@fwpclaw.com
Wendee N. Elliott-Clement

spriggs@spriggslawfirm.com
Kent Spriggs

mballer@gdblegal.com
Morris J. Baller

tdemchak@gdblegal.com
Teresa Demchak

jej@gdblegal.com
Joseph E. Jaramillo

**Attorneys for Plaintiffs Tucker, et al.**


khult@littler.com
Keith C. Hult

sgaur@littler.com
Shanthi V. Gaur

agking@littler.com
Allan G. King

jybarra@littler.com
John A. Ybarra

pbateman@littler.com
Paul E. Bateman

mphogan@littler.com
Margaret P. Hogan

t.peters@gundlachlee.com
Thomas R. Peters

c.picou@gundlachlee.com
Curtis R. Picou

**Attorneys for Defendant Walgreen Co.**

17372-1

s/ Jean P. Kamp
Attorney for Plaintiff EEOC

17372-1